ERIC C. BELLAFRONTO, Bar No. 162102
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, California  95113.2303
Telephone:    408.998.4150
Facsimile:     408.288.5686
ebellafronto@littler.com
bmcmillan@littler.com
iperez@littler.com

Attorneys for Defendant
MAITA CHEVROLET GEO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MAITA CHEVROLET GEO,<br><br>Defendant. | Case No.  CV 11 4815 PJH<br><br>**STIPULATION TO TRANSFER VENUE**<br>  AND ORDER |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, the Equal Employment Opportunity Commission ("EEOC") and Maita Chevrolet Geo ("Maita"), by and through their respective attorneys, Cindy O'Hara for the EEOC and Eric C. Bellafronto of Littler Mendelson for Maita, that the proper venue for this matter is the Eastern District of California, Sacramento Division.  This stipulation is made pursuant to 28 U.S.C. 1404(b), which provides in pertinent part, that "[u]pon . . . stipulation of all parties, any action, suit or proceeding of a civil nature or any motion or hearing thereof, may be transferred, in the discretion of the court, from the division in which pending to any other division in the same district."  The parties agree that venue is proper in the Eastern District of California, Sacramento Division, pursuant to 28 U.S.C. section 1404(a), which provides in pertinent part, as follows: "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division

LITTLER MENDELSON, P.C.
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

(CASE NO. CV 11 4815 PJH)

where it might have been brought." The parties agree that this action could have been properly brought in the Eastern District of California and that the convenience of the parties and witnesses is furthered by the transfer of this matter because the alleged actions occurred in the Eastern District and most witnesses reside there. The parties therefore respectfully request that the Court transfer this matter to Eastern District of California, Sacramento Division.

SO STIPULATED

Dated: November 22, 2011

By: /S/ Eric C. Bellafronto
ERIC C. BELLAFRONTO
Attorneys for Defendant
MAITA CHEVROLET GEO

Dated: November 21, 2011

By: /S/ Cindy O'Hara
CINDY O'HARA
Attorneys for Plaintiff
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

IT IS SO ORDERED,

Dated: November 23, 2011

Judge of the United States District Court

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Firmwide:105115475.1 043069.1004

LITTLER MENDELSON, P.C.
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

(CASE NO. CV 11 4815 PJH)   2.